**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDUARDO JOEL FREIRE QUINATOA,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI, *et al*<br>*Attorney General of the United States*<br><br>Respondents. | Civil Action No. 25-18978 (GC)<br><br>**MEMORANDUM & ORDER** |

**CASTNER, District Judge**

      **THIS MATTER** comes before the Court on the petition for writ of habeas corpus (Petition) pursuant to 28 U.S.C. § 2241 (§ 2241) filed, through counsel, by Petitioner Eduardo Joel Freire Quinatoa.[1]  (ECF No. 1.)  According to his Petition, Petitioner is currently detained within the jurisdiction of the Newark ICE Field Office.  (*Id.* ¶ 7.)

      Under Rule 4 of the Rules Governing Section 2254 Cases ("Habeas Rule 4"), applicable to 28 U.S.C. § 2241 cases through Rule 1(b) of the Rules Governing Section 2254 Cases, the Court must promptly examine the Petition to determine whether it should be dismissed on the grounds that "it plainly appears from the petition and any attached exhibits that the petitioner is entitled to relief."  "If the petition is not dismissed, the judge must order the respondent to file an answer, motion, or other response within a fixed time, or to take other action the judge may order."  *Id.*

---

[1]    In the Petition, Petitioner names as Respondents: Todd M. Lyons, Acting Director, U.S. Immigration and Customs Enforcement ("ICE"); John Tsoukaris, Field Office Director, ICE Newark; and Pamela Bondi, Attorney General of the United States.  (ECF No. 1 at 1.)

This Court has screened the Petition for dismissal pursuant to Habeas Rule 4, and has determined that dismissal without an expedited answer and production of the record is not warranted.

**IT IS**, therefore, on this 21st day of January, 2026, **ORDERED** as follows:

**ORDERED** that the Clerk of the Court shall serve a copy of the Petition (ECF No. 1), the attachments (ECF No. 1-1 & 1-2), and this Memorandum and Order upon Respondents by electronic mail and regular U.S. Mail, with all costs of service advanced by the United States; and it is further

**ORDERED** that the Clerk of the Court shall send a copy of the Petition (ECF No. 1), the attachments (ECF No. 1-1 & 1-2), and this Memorandum and Order to the Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; and it is further

**ORDERED** that, within twenty-one (21) days of the date of entry of this Order, Respondents shall electronically file a full and complete answer to the Petition (ECF No. 7), which responds to the factual and legal allegations of the Petition; and it is further

**ORDERED** that the answer shall state the statutory authority for Petitioner's detention, *see* 28 U.S.C. § 2243, and provide the relevant legal analysis and record; and it is further

**ORDERED** that Respondents shall raise in the answer any appropriate defenses and relevant legal arguments with citations to appropriate legal authority; and it is further

**ORDERED** that Respondents shall electronically file with the answer certified copies of the administrative record and all other documents relevant to Petitioner's claims; and it is further

**ORDERED** that all exhibits to the answer must be identified by a descriptive name in the electronic filing entry, for example:

"Exhibit #1 Transcript of [type of proceeding] held on XX/XX/XXXX" or

"Exhibit #2 Opinion entered on XX/XX/XXXX by Judge YYYY"; and it is further

**ORDERED** that Petitioner may file and serve a reply in support of the Petition within fourteen (14) days after the answer is filed; and it is further

**ORDERED** that within seven (7) days after any change in Petitioner's custody or immigration status (be it release or otherwise) occurring any time during the pendency of this case, Respondents shall electronically file a written notice of the same with the Clerk of the Court.

*Georgette Castner*
_____
GEORGETTE CASTNER
United States District Judge